UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:25-cr-00141

**United States of America**

v.

**Francisco Ubaldo Acosta-Sanchez**

**O R D E R**

The court referred this matter to U.S. Magistrate Judge John D. Love for administration of a guilty plea under Federal Rule of Criminal Procedure 11. The magistrate judge conducted a hearing in the form and manner prescribed by Rule 11 and issued findings of fact and a recommendation on the guilty plea. Doc. 21. The magistrate judge recommended that the court accept defendant's guilty plea and adjudge defendant guilty on count one of the indictment. *Id*. at 2. Defendant waived his right to object to the magistrate judge's findings. *Id*.

The court hereby accepts the findings of fact and recommendation of the U.S. magistrate judge on the guilty plea. The court also accepts defendant's open plea.

In accordance with defendant's guilty plea, the court finds defendant Francisco Ubaldo Acosta-Sanchez guilty of count one of the indictment, charging a violation of 18 U.S.C. § 1546(a) – Possession and Use of Forged Lawful Permanent Resident Cards.

*So ordered by the court on February 2, 2026.*

J. CAMPBELL BARKER
United States District Judge